JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY KAGAN,<br>　　　　Petitioner,<br>　　v.<br>LOS ANGELES SUPERIOR COURT,<br>　　　　Respondent. | Case No. CV 11-255-PSG (SP)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Petition is denied and this action is dismissed without prejudice.

Dated: _____September 14, 2011_____

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

1